In the Matter of the Application of RUDOLPH QUITTNER, Respondent, to Compel Arbitration of Controversies with JULIUS G. WEISER, Appellant. (Appeal No. 1.) — Order granting petitioner's motion for an order compelling Julius G. Weiser to

submit to arbitration the controversies between him and the petitioner, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.